UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
_LOUISVILLE_ DIVISION

FILED
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY
06 OCT 24 PM 3:42

RAYMOND BISCHOFF, PRO SE
_____

name of plaintiff(s)

v.

Civil Case No. ~~07-CI-4390~~

3:06 CV-540-H

MSD METROPOLITAN SEWER DISTRICT
JOHN DWYER, PEDLEY ZIELKE GORDINIER
JUDGE DENISE CLAYTON, JEFFERSON CIRCUIT COURT, COMMONWEALTH OF KENTUCKY

name of defendant(s)

## COMPLAINT

1. State the grounds for filing this case in Federal Court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

   U.S. CONSTITUTION AMENDMENT VII GUARANTIES JURY TRIAL IN ALL MATTERS OF PROPERTY TWENTY DOLLARS OR MORE
   U.S. CONSTITUTION AMENDMENT V GUARANTIES JUST COMPENSATION/FAIR MARKET VALUE IN SAID MATTERS
   NEITHER WAS COMPLIED WITH

2. Plaintiff, RAYMOND BISCHOFF resides at
   5215 BARDSTOWN ROAD, LOUISVILLE
   street address / city
   JEFFERSON, KY, 40291, 502 499-1323
   county / state / zip code / area code, phone number

   (if more than one plaintiff, provide the same information for each plaintiff below):

3. Defendant, -MSD METROPOLITAN SEWER DISTRICT lives at, or its business is located at 700 W LIBERTY ST,
   street address

   Louisville, Jefferson, Kentucky,
   city          county        state

   40202
   zip code

   (if more than one defendant, provide the same information for each defendant listed above):

   JOHN DWYER, PEDLEY ZIELKE GORDINIER
   2,000 MEIDINGER TOWER, 462 So 4th ST, Lou, Ky 40202

   COMMONWEALTH OF KENTUCKY, JEFFERSON CIRCUIT COURT,
   JUDGE DENISE CLAYTON -   700 W. JEFFERSON ST Lou. Ky 40202

4. Statement of claim (State as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary):

   On October 25, 2005, Jefferson County Circuit Court held trial for compensation to a condemnation case, MSD vs Raymond Bischoff, Judge Denise Clayton presiding. John Dwyer, Zielke Pedley and Gordinier, MSD, Jefferson County Circuit Court and Judge Denise Clayton did not provide but deny provision of a jury trial for Raymond Bischoff, Pro Se, property owner, in the face of objection and reference to U.S. Constitution Amendment VII, by motion.
   U.S. Constitution Amendment V calling for just compensation is moot point at this time, but, appraisers can not give fair market value, probate settlements are improper motive for unjust enrichment by MSD.
   There was NO written statement to relinquish the right to jury trial.

5. Prayers for Relief (list what you want the Court to do):

   a. PROVIDE A JURY TRIAL IN ORDER THAT A FAIR AND UNBIASED HEARING OF THE FACTS FOR JUST DELIBERATION IN THIS MATTER

   b. RESTITUTION FOR DAMAGES AND PUNITIVE DAMAGES FOR VIOLATIONS OF CONSTITUTIONAL RIGHTS

   c. ADMONISHMENT OF ATTORNEYS, COMMONWEALTH OF KENTUCKY AND COURTS AND JUDGES, ▬▬▬▬▬▬▬

   d. CLARIFICATION OF RIGHT TO CONDEMNATION, AND PROVISIONS THEREOF, ESPECIALLY JUST COMPENSATION

6. Request for a Jury Trial    YES
                              ___yes___            ___no___

I (We) hereby certify under penalty that the above petition is true to the best of my (our) information, knowledge, and belief.

Signed this __24__ day of __October, 2006__.

RAYMOND BISCHOFF
_Raymond Bischoff_
(signature of plaintiff(s))