UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:06CV-540-H

RAYMOND BISCHOFF                                                                                           PLAINTIFF

V.

LOUISVILLE AND JEFFERSON COUNTY
METROPOLITAN SEWER DISTRICT, et al.                                                    DEFENDANTS

**MEMORANDUM OPINION AND ORDER**

      This case arises out of an eminent domain proceeding filed by the Metropolitan Sewer District ("MSD") to obtain a permanent and temporary sewer easements across property owned by Plaintiff.  After a trial in Judge Clayton's court and the entering of a monetary judgment in Plaintiff's favor for the taking of his property, Plaintiff appealed first to the Kentucky Court of Appeals and has now moved for discretionary review with the Kentucky Supreme Court.  All the Defendants have asked that the case be dismissed.

      In essence, Plaintiff is asking this federal court to take jurisdiction away from an ongoing proceeding in the Kentucky Supreme Court.  This Court knows of no principle of law by which it could undertake to do such a thing in these circumstances.  Eminent domain procedures are particularly a feature of state law and are well established.  There is no reason the appellate courts of Kentucky cannot adequately consider Plaintiff's due process concerns.  Concerns of policy, comity and jurisdiction will prevent this Court from interfering in such an ongoing state law proceeding.  It goes without saying that Judge Clayton retains complete immunity for her

actions as judge. In short, this Court agrees with all of the reasons and arguments set forth in the various motions for summary judgment submitted by Defendants. Plaintiff has not set forth any arguments and reply that suggest a reason for this Court interfering with the ongoing state court proceedings.

Plaintiff has also requested leave to amend his complaint adding various constitutional claims. These are not a lot different than the concerns he has raised already. Once again, Kentucky courts can consider constitutional claims as part of his state appeal. This Court cannot interfere with an ongoing state appeal in these circumstances.

Being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Plaintiff's motion to amend his complaint is DENIED.

IT IS FURTHER ORDERED that the motions to dismiss of all Defendants are SUSTAINED and this case is DISMISSED WITH PREJUDICE in its entirety.

This is a final and appealable order.

cc: Raymond Bischoff, *Pro Se*
      Counsel of Record