UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:06CV-540-H

RAYMOND BISCHOFF                                                                      PLAINTIFF

V.

LOUISVILLE AND JEFFERSON COUNTY
METROPOLITAN SEWER DISTRICT, et al.                                       DEFENDANTS

**MEMORANDUM AND ORDER**

Plaintiff has asked the Court to reconsider its Memorandum and Order dated January 26, 2007. Plaintiff has not put forth any new arguments. The circumstances which the Court described in its opinion require absention under the doctrine established in *Younger v. Harris*, 401 U.S. 37, 49-53 (1971).

Being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Plaintiff's motion to reconsider is DENIED.

cc:   Raymond Bischoff, *Pro Se*
      Counsel of Record