# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT
### 100 EAST FIFTH STREET, ROOM 540
### POTTER STEWART U.S. COURTHOUSE
### CINCINNATI, OHIO 45202-3988

Leonard Green
Clerk

Tel. (513) 564-7000
www.ca6.uscourts.gov

FILED (SG)
U.S. DISTRICT COURT CLERK
WESTERN DISTRICT OF KY
07 NOV 15 AM 11: 38

Filed: November 14, 2007

Mr. Jeffrey A. Apperson
Western District of Kentucky at Louisville
601 W. Broadway
Suite 106 Gene Snyder U.S. Courthouse
Louisville, KY 40202-2249

3:06-CV-540-H

     Re:  No. 07-5320, *Bischoff v. Louisville, et al*
           Originating Case No. 06-00540

Dear Clerk,

    Enclosed is a copy of the mandate filed in this case.

                    Sincerely yours,

                    s/Julie Brock
                    Case Manager
                    Direct Dial No. 513-564-7036
                    Fax No. 513-564-7094
                    CA06-Team3@ca6.uscourts.gov

cc: Mr. Raymond Bischoff
    Mr. James M. Herrick
    Honorable John G. Heyburn II
    Ms. Janice M. Theriot

Enclosure

**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

_____

No: 07-5320

_____

Filed: November 14, 2007

RAYMOND BISCHOFF,

      Plaintiff - Appellant

v.

LOUISVILLE AND JEFFERSON COUNTY METROPOLITAN SEWER DISTRICT; JOHN
DWYER; DENISE CLAYTON,

      Defendants - Appellees

<u>MANDATE</u>

    Pursuant to the court's disposition that was filed 10/22/2007 the mandate for this case hereby

issues today.

COSTS:  NONE